IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                           CRIMINAL NO. 3:07cr185TSL-LRA

ADRIAN DONTE WILSON

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Mississippi hereby requests, with leave of this Court, the dismissal of all remaining counts of the Criminal Indictment against the defendant, ADRIAN DONTE WILSON, without prejudice.

DUNN LAMPTON
United States Attorney

Date: May 9, 2008          By:   /S/ Gerald M. Abdalla, Jr.
                                 GERALD M. ABDALLA, JR.
                                 Assistant U. S. Attorney
                                 Mississippi Bar No. 101213

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2-4.

ORDERED this 9th day of May, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE